1  PHILIP A. TALBERT
   Acting United States Attorney
2  DEBORAH LEE STACHEL
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  JEFFREY CHEN, CSBN 260516
   Special Assistant United States Attorney
5      Social Security Administration
6      160 Spear Street, Suite 800
       San Francisco, CA  94105
7      Telephone: (415) 977-8939
       Facsimile: (415) 744-0134
8      Email: Jeffrey.Chen@ssa.gov
9  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PAYMON PATRIC DAVALOU, ) | Civil No. 2:15-cv-02562-CMK |
| ) | |
| Plaintiff, ) | **STIPULATION AND PROPOSED ORDER** |
| ) | **FOR A SECOND EXTENSION OF TIME** |
| v. ) | **FOR DEFENDANT TO FILE HER MSJ** |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 14 days to file her motion for summary judgment.  Defendant respectfully requests this extension of time because of a very heavy workload, and because of the increased amount of administrative and training tasks occurring this month at the end of the fiscal year.

Stip. to Extend Def.'s MSJ

1

...

The new due date for Defendant's motion for summary judgment will be Tuesday, October 11, 2016.

Respectfully submitted,

Date: _September 30, 2016_   CERNEY, KREUZE & LOTT, LLP

By:  */s/ Shellie Lott\**
SHELLIE LOTT
*\* By email authorization on Sept. 29, 2016*
Attorney for Plaintiff

Date: _September 30, 2016_   PHILIP A. TALBERT
Acting United States Attorney

By:  */s/ Jeffrey Chen*
JEFFREY CHEN
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: October 3, 2016

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ

2